ACCEPTED
03-15-00531-CR
11200176
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/17/2016 10:54:23 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00531-CR

IN THE

COURT OF APPEALS

THIRD DISTRICT OF TEXAS

AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/17/2016 10:54:23 AM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| DREXELL DAVON WASHINGTON | § | APPELLANT |
| VS. | § | |
| THE STATE OF TEXAS | § | APPELLEE |

APPEAL FROM THE 427TH JUDICIAL DISTRICT COURT

TRAVIS COUNTY, TEXAS

CAUSE NO. D1-DC-13-300855

### STATE'S THIRD MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COURT OF APPEALS:**

The State of Texas respectfully moves for an extension of the deadline for filing the State's brief and, in accordance with Texas Rules of Appellate Procedure 38.6 and 10.5(b), advises the Court as follows:

(a) Following his conviction for Murder, the appellant filed his notice of appeal in the above cause on August 20, 2015. Appellant filed a brief on March 17, 2016.

(b)     The State's brief is currently due on **June 17, 2016**.

1

(c) This request is that the deadline for filing the State's brief be extended by **30 days**.

(d) The number of previous extensions of time granted for submission of the **State's** brief is: **two**.

(e) The State relies upon the following facts to reasonably explain the need for an extension of the deadline:

1. During the period since the appellant's brief was filed, the undersigned attorney has completed and filed an original brief in another pending appellate case (i.e., *Christopher Taylor v. State of Texas,* No. 07-15-00398-CR). The undersigned attorney has also completed and filed a reply in a mandamus proceeding in that death penalty case (i.e. *In re Brandon Daniel*, Court of Criminal Appeals No. WR-83,459-02). The undersigned attorney is also preparing the State's Original Answer in response to two pending writs of habeas corpus, including a death penalty case, (i.e. *Ex parte Brandon Daniel,* Court of Criminal Appeals No. WR-83,459-01; and *Ex Parte Ian Battle,* Travis County Cause No. D1DC10302229-A).

2. On March 24, 2016, the undersigned attorney underwent surgery for a broken wrist and still has not yet been cleared by the doctor to return to work at full capacity.

3.     This request is not made for the purpose of delay, but to ensure that the Court has a proper State's brief to aid in the just disposition of the above cause.

WHEREFORE, the State of Texas respectfully requests that the deadline for filing the State's brief be extended to **July 18, 2016.**

Respectfully submitted,

ROSEMARY LEHMBERG
District Attorney
Travis County, Texas

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney
State Bar No. 06022700
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. 854-4810
Lisa.Stewart@traviscountytx.gov
AppellateTCDA@traviscountytx.gov

## CERTIFICATE OF COMPLIANCE

Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this motion, that this motion contains 328 words, excluding words contained in those parts of the motion that Rule 9.4(i) exempts from inclusion in the word count. I certify, further, that this motion is printed in a conventional, 14-point typeface.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the 17th day of June, 2016, a true and correct copy of this motion was served, by U.S. mail, electronic mail, facsimile, or electronically through the electronic filing manager, to the Appellant's attorney, Ken Mahaffey, Attorney at Law, P.O. Box 684585, Austin, Texas 78768, Ken_Mahaffey@yahoo.com.

*/s/ Lisa Stewart*
Lisa Stewart
Assistant District Attorney